FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 26 A 11:48

CLERK
S.D. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GARY SURRENCY AND SARAH SURRENCY<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | Civil Action No. CV-204-040 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Gary Surrency and Sarah Surrency and Defendant Ford Motor Company ("Ford"), pursuant to Fed. R. Civ. P. 41(a)(1), and stipulate to the dismissal of this matter with prejudice. All claims against Ford are hereby DISMISSED WITH PREJUDICE. No other claims against any parties remain.

This 24th day of May, 2005.

Gary A. Bacon
Georgia Bar No. 030713

100 Mariners Drive
Suite C
Kingsland, Georgia 31548
(912) 882-7322

Attorney for Plaintiffs

APPROVED:

Anthony U. Adams
U.S. District Court

McKENNA LONG & ALDRIDGE LLP

Charles K. Reed
Georgia Bar No. 597597
Audrey R. Kohn
Georgia Bar No. 591485

303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
(404) 527-4000

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing in Courier New 12 point font upon all parties to this matter via U.S. Mail, postage pre-paid to ensure delivery as follows:

Gary A. Bacon, Esq.
100 Mariners Drive
Suite C
Kingsland, Georgia 31548

This 24th day of May, 2005.

Audrey R. Kohn, Esq.